**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | |
|---|---|
| STEPHEN MILLER and DOROTHY MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>Equifax Information Services LLC, et al.,<br><br>Defendants. | CIVIL FILE NO.: **3:21-cv-8764-MAS-DEA**<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

**ORDER**

Based on the STIPULATION OF DISMISSAL WITH PREJUDICE filed by the parties herein, this Court hereby orders that the Complaint against the Defendant OceanFirst Financial Corporation d/b/a OceanFirst Bank, N.A., **ONLY** shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to either Plaintiff or Defendant OceanFirst Financial Corporation d/b/a OceanFirst Bank, N.A.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

So Ordered this 31st day of January, 2022.

Dated: 1/27/2022

_____
**Honorable Michael A. Shipp, U.S.D.J.**